# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In Re:<br>HAYMOND L WHITE<br>DARLENE A WHITE<br>7365 IRISH RIDGE RD<br>KIMBOLTON, OH  43749 | Case No:   05-51027<br><br>Judge:      C KATHRYN PRESTON |

DARLENE A WHITE
7365 IRISH RIDGE RD
KIMBOLTON, OH  43749

SSN(S):    XXX-XX-9961
           XXX-XX-5134

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  September 08, 2009         /s/ Frank M. Pees
                                   Frank M. Pees
                                   Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| STUART BROWN MD<br>1325 CHESTNUT ST<br>COSHOCTON, OH  43812 | 5.12 |